,UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   5:26-cv-02958-JWH-SSC              Date: June 25, 2026

Title     Roberto Carlos Segura-Escobar v. DHS, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) Order to Show Cause Why Petition Should Not Be Dismissed for Failure to Prosecute and/or Comply with Court Order**

On May 27, 2026, *pro se* Petitioner Roberto Carlos Segura-Escobar, filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241.  (ECF 1.)  On June 4, 2026, the Court dismissed the petition with leave to amend, ordering Petitioner to file an amended petition no later than June 17, 2026. (ECF 6.)  The deadline to file an amended petition has passed and the Court has not received an amended petition or any other communication from Petitioner.

Accordingly, Petitioner is ORDERED TO SHOW CAUSE, in writing, by July 24, 2026, why this action should not be dismissed for failure to prosecute and/or comply with a court order.  In the event that

,UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.   5:26-cv-02958-JWH-SSC                    Date: June 25, 2026

Title       Roberto Carlos Segura-Escobar v. DHS, et al.


Petitioner wishes to voluntarily dismiss this action, Petitioner may complete and return the enclosed Notice of Dismissal form, CV-09, by **July 24, 2026.**

If Petitioner files an amended petition no later than **July 24, 2026**, this order to show cause will be discharged automatically, and Petitioner need not respond to it separately.

**Petitioner is cautioned that failure to file a timely amended petition will result in a recommendation to the district judge to dismiss this case for failure to prosecute and/or comply with a court order.**


**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | **ts** |