**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

ROBERTO CARLOS SEGURA-ESCOBAR,

Petitioner,

v.

DHS, *et al*.,

Respondents.

Case No. 5:26-cv-02958-JWH-SSC

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, and the Report and Recommendation of United States Magistrate Judge to which no objections were filed. Good cause appearing therefor, the Court hereby **ORDERS** as follows:

1. The findings and conclusions of the Magistrate Judge in the Report and Recommendation are **ACCEPTED** and **ADOPTED**.

2. The Petition is **DISMISSED without prejudice** for failure to prosecute and comply with court orders.

3. Judgment will be entered accordingly.

**IT IS SO ORDERED.**

Dated: August 19, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE