JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

ROBERTO CARLOS SEGURA-ESCOBAR,

Petitioner,

v.

DHS, *et al.*,

Respondents.

Case No. 5:26-cv-02958-JWH-SSC

**JUDGMENT**

Pursuant to the "Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge" entered substantially contemporaneously herewith, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Petition is **DISMISSED without prejudice** for failure to prosecute and comply with court orders.

**IT IS SO ORDERED.**

Dated: August 19, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE